B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

Southern District of New York

**In re**

MARCIA GROSTEIN                                         Case No. 23-11749(PB)

**Debtor**                                              Chapter 13

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR**

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $__9,999.00_____

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . $__9,999.00____

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $___0.0_____

2. The source of the compensation paid to me was:

    ☐ Debtor          ☒ Other (specify)    Diana Kaplan-Young

3. The source of compensation to be paid to me is:

    ☐ Debtor          ☐ Other (specify)

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

      d.    [Other provisions as needed]

1. Advise Client concerning her obligations and duties under the Bankruptcy Code and Rules, applicable Court orders, and the provisions of her Chapter 13 Plan;
2. Preparation and filing of any amendments to the documents required by Section 521 of the Bankruptcy Code, with Client's assistance and input;
3. Preparation and filing of an amended Chapter 13 Plan;
4. Communicating with Client throughout the duration of her Bankruptcy Case;
5. Advising Client concerning her options regarding any motions filed against her in the case, but specifically excluding the drafting of responses or appearing on the motions (which is an excluded service, see Section III below);
6. Advising Client concerning her options regarding the sale of any of her assets, but specifically excluding the drafting and filing of any motions to approve the sale, retention of professionals, or approval of those professionals fees (which is an excluded service, see Section III below);
7. Review of Proofs of Claim filed in the Chapter 13 case (formal and informal objections to claims are excluded services);
8. Representation of the Client at the Confirmation hearing (up to two (2) hearings), if held, provided that the Client gives as least two (2) business days' notice that an adjournment of the first scheduled hearing is necessary;
9. Limited assistance to Client in connection with Client's response to any investigation by the Trustee, a creditor, or other interested party, of up to one (1) hour of billable time;
10. Monitoring the docket for issues related to discharge; and
11. Representation of Client (including counseling) with respect to the reaffirmation, redemption, surrender, or retention of consumer goods, or vehicles securing obligations to creditors.

      6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

1. Loss Mitigation/Loan Modification;
2. Motions objecting to Proofs of Claim filed in the Chapter 13 Case;
3. Negotiation or resolution of tax issues;
4. Defense of the Client to an Objection to the Confirmation of the Chapter 13 Plan;
5. Motion to remove liens, including In re Pond lien stripping motion, responding to any objections filed to these motions, engaging in discovery, or conducting an evidentiary trial;
6. Motion to sell assets, responding to any objections filed to these motions, engaging in discovery, or conducting an evidentiary trial;
7. Motion requesting permission to incur debt;
8. Representing the Client in connection with a motion for relief from the automatic stay, and the preparation and filing of responses to the same, including motions resolved by agreement;
9. Obtaining and/or extending the automatic stay for a repeat filing case;
10. Representing the Client in connection with a motion to extend time to object to the dischargeability of debt;
11. Representing the Client in connection with a motion to dismiss Client's Chapter 13 Case and the preparation and filing of responses to the same;
12. Preparation and filing of responses to all motions filed against the Client;
13. Representing the Client in connection with an investigation by the Chapter 13 Trustee, any creditor, or any party in interest which requires more than one (1) hours' time;
14. Representation of Client with respect to defending objections to exemptions, assets, or monthly budget;
15. Representing the Client in connection with an F.R.B.P. Rule 2004 application, document response, and examination;
16. Representing Client in a contested matter;
17. Representing Client in an Adversary Proceeding as Plaintiff or Defendant;
18. Representation of Client in connection with a challenge to the Client's discharge and/or dischargeability of certain debts;
19. Representation of Client in connection with a motion by a Trustee to reopen the case for the inclusion of newly discovered assets;
20. Filing and prosecution of a fee application for the firm of Kirby Aisner & Curley LLP;
21. Filing and prosecution of a retention application on behalf of a professional retained by Client;
22. Filing and prosecution of a fee application on behalf of a professional retained by Client; and
23. Appeals.

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| __August 15, 2024_____ | /s/ Dawn Kirby |
|---|---|
| *Date* | *Signature of Attorney* |
| | Kirby Aisner & Curley LLP |
| *Name of law firm* | 700 Post Road, Suite 237 |
| | Scarsdale, New York 10583 |